```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

         NOV 25 2014

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KAREN M. BEVENS,<br><br>　　　　　　　Defendant. | CASE NO.<br><br>ORDER ISSUING BENCH WARRANT<br><br>**CR14 5539-BHS** |

　　An Indictment having been returned against the above-named defendant, now therefore

　　IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

　　DATED this 25th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**SECRET: YES   XX     NO _____**

ORDER ISSUING BENCH WARRANT – 1