The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARRYL WRIGHT,<br><br>    Defendant. | No. CR14-5539 BHS<br><br>DECLARATION OF CHRIS RUCH |

I, Chris Ruch, declare the following to be true and correct to the best of my ability under the penalty of perjury:

1. I live in Boise, Idaho.

2. I have been friends with Darryl Wright for approximately the past 25 years.

3. When Darryl lived in Boise, we saw each other all the time.

4. Since Darryl moved to Seattle a number of years ago, we have stayed in touch. We talk on the phone and text regularly, and we often (2-3 times per year) get together for lunch when Darryl is in Boise.

5. I have seen Darryl twice since his indictment. Each time we had lunch, and each time we both paid for our own lunches.

DECLARATION OF CHRIS RUCH (*Darryl Wright*;
No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

6. At the first lunch, Darryl told me that there was a proceeding against him, and that agents may come to talk to me.

7. He did not give me any details about the proceeding. He told me that he just did not want me to be blindsided if someone came to talk to me.

8. More importantly, Darryl did not ask me to not speak to the agents. Nor did he ask me to say, or not say, anything in particular to the agents. He did not request anything of me, either directly or implicitly. He certainly did not ask me to lie or to omit information.

9. As I noted, I have been very good friends with Darryl for 25 years. I would know if he was trying to get me to do something, even if he did not directly say so. I can say unequivocally that this was not the case.

10. I did not feel manipulated, intimidated, or threatened in the slightest by anything that Darryl did or said.

11. The second time I saw Darryl we did not discuss the case at all. Again, Darryl did not communicate, explicitly or implicitly, any request that I do anything on his behalf. Similarly, I did not feel manipulated, intimidated, or threatened in any way.

12. Over the last few months, I have communicated with Darryl by phone and text message. None of these communications have touched on Darryl's case in any way.

13. No one has made any threats or promises of any sort to motivate me to submit this declaration. Rather, I have reviewed the Government's motion regarding Mr. Wright's release, and I believe that, at least as to me, it does not accurately portray the character of my communications with Mr. Wright. I wanted to provide the Court an accurate portrayal.

DECLARATION OF CHRIS RUCH (*Darryl Wright*;
No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

SIGNED AND DATED this 17th day of July, 2015, at Boise, Idaho.

*Christopher Ruch*

DECLARATION OF CHRIS RUCH (*Darryl Wright*;
No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 17th day of July, 2015.

Respectfully submitted,

BLACK LAW, PLLC


*s/ Christopher Black*
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:       206.623.1604
Fax:         206.658.2401
Email:       crb@crblack.com

DECLARATION OF CHRIS RUCH (*Darryl Wright*;
No. CR14-5539 BHS) - 4

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax: 206.658.2401