The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL WRIGHT,<br><br>Defendant. | No. CR14-5539 BHS<br><br>DEFENDANT WRIGHT'S MOTION TO MODIFY CONIDITIONS OF RELEASE<br><br>**Oral Argument Requested**<br><br>Note for Consideration: September 18, 2015 |

Defendant Darryl Wright, by his attorney, Christopher Black, moves to amend a single condition of his appearance bond, the one requiring that he remain at all times in the Western District of Washington. For the reasons outlined below, the defense requests that the Court amend this restriction to permit Mr. Wright to make periodic trips to Idaho.

## I.  FACTUAL AND PROCEDURAL BACKGROUND

Mr. Wright was indicted on November 25, 2014. At Mr. Wright's initial appearance, on the afternoon January 29, 2015, Magistrate Judge Creatura released Mr. Wright on an appearance bond. As relevant to the instant motion, the bond included the following condition:

> Travel is restricted to the Western District of Washington, Eastern District of Washington, District of Oregon, and the District of Idaho, or as directed by Pretrial Services.

Dkt. No. 11.

DEFENDANT WRIGHT'S MOTION TO MODIFY
CONDITIONS OF RELEASE
(*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

On July 2, 2015, the Government moved to detain Mr. Wright or modify the conditions of Mr. Wright's release. The Government's motion was based on allegations that Mr. Wright had contacted witnesses in the case subsequent to the issuance of his initial appearance bond. See Dkt. No. 35.

On July 17, 2015, Judge Creatura granted the Government's motion in part. Specifically, the Court prohibited Mr. Wright from traveling outside the Western District of Washington, and prohibited Mr. Wright from contacting certain witnesses named in the amended appearance bond and also other potential witnesses. See Dkt. 42. The majority of the witnesses named in the amended appearance bond reside within the Western District of Washington. The Court noted during the hearing on the Government's motion that the conditions of Mr. Wright's release could be revisited at a later date.

Since the Government moved to modify the conditions of Mr. Wright's release, Mr. Wright has complied with all of his release conditions. There have been no allegations that Mr. Wright has attempted to contact any witnesses or potential witnesses, or that Mr. Wright has otherwise violated any conditions of release since July 17, 2015.

Mr. Wright has a 12-year-old daughter, MLWM. Mr. Wright's daughter resides permanently with her mother in Boise, Idaho. Under the parenting plan between Mr. Wright and MLWM's mother, Mr. Wright is entitled to one week of custodial time with MLWM every month during the months that MLWM is in school. See Exhibit A (Parenting Plan) at 2 - 3.[1] Mr. Wright ordinarily travels to Boise, Idaho, for one week every month that school is in session to spend time with his daughter. Because MLWM attends school in Boise, Mr. Wright

---

[1] Exhibit A will be filed under seal in conjunction with this motion.

DEFENDANT WRIGHT'S MOTION TO MODIFY
CONDITIONS OF RELEASE
(*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

must travel there to implement the custody provisions of the parenting plan during the school year.

Now the school year has begun, Mr. Wright is unable to see his daughter because of the restriction on his travel contained in the appearance bond. Mr. Wright is asking the Court to modify his conditions of release to permit him to travel outside the Western District of Washington, to Boise, Idaho, for the purpose of having custodial time with his daughter. Mr. Wright is prepared to stipulate to new bond conditions that permit travel outside the Western District of Washington only to Boise, Idaho, for the purpose of visiting his daughter and that limit travel to periods when he is visiting his daughter. Mr. Wright's trial is currently scheduled to commence on October 20, 2015. However, there is a pending motion to continue the trial to the spring of 2016.

## II.     ARGUMENT

The Court has authority to modify Mr. Wright's conditions of release under 18 U.S.C. § 3142(c)(3), which permits a court to amend the conditions of release at any time. The defense submits that amendment of Mr. Wright's conditions of release is appropriate for a number of reasons.

First, Mr. Wright has maintained strict compliance with the conditions of release set by this Court since July 17, 2015. Second, despite the fact that the majority of the witnesses in this case, including those listed in the amended appearance bond, reside in the Seattle area, Mr. Wright has refrained from having any contact with them. Mr. Wright has also refrained from having any contact with out-of-state witnesses, including any telephonic, email, or online contact. Mr. Wright's compliance with the conditions prohibiting contact with witnesses indicates that he will be able to refrain from contacting witnesses residing in Idaho, if the Court

DEFENDANT WRIGHT'S MOTION TO MODIFY
CONDITIONS OF RELEASE
(*Darryl Wright*; No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

permits him to travel to that state for the purpose of visiting his daughter. Third, Mr. Wright is prepared to stipulate to additional conditions of release that would limit his travel to Boise, Idaho, for the purpose of having custodial time with his daughter as contemplated under Mr. Wright's parenting plan. Fourth, with the potential continuance of the trial, it seems like an unnecessary hardship on Mr. Wright's daughter to deny her his involvement and attendance during her school and extracurricular activities throughout her first school year of junior high school. Finally, if Mr. Wright is convicted of the offenses listed in the indictment he will likely be sentenced to a term of imprisonment, during which his contact with his children will be severely limited. Given the effect that this will likely have on both Mr. Wright and his daughter, it is extremely important for Mr. Wright to be able to spend time with his daughter prior to his trial.

### III. CONCLUSION

Based on the foregoing, the defense respectfully requests that the Court modify his conditions of release to permit Mr. Wright to visit and parent his daughter in Idaho for one week every month during the school year.

DATED this 10th day of September, 2015.

Respectfully submitted,

BLACK LAW, PLLC

s/ Christopher Black
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:	206.623.1604
Fax:	206.658.2401
Email:	crb@crblack.com

DEFENDANT WRIGHT'S MOTION TO MODIFY CONDITIONS OF RELEASE
(*Darryl Wright*; No. CR14-5539 BHS) - 4

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 10th day of September, 2015.

                Respectfully submitted,

                BLACK LAW, PLLC

                *s/ Christopher Black*
                Christopher Black
                Attorney for Darryl Wright
                Black Law, PLLC
                1111 Hoge Building
                705 Second Avenue
                Seattle, WA  98104
                Phone:    206.623.1604
                Fax:      206.658.2401
                Email:     crb@crblack.com

DEFENDANT WRIGHT'S MOTION TO MODIFY
CONDITIONS OF RELEASE
(*Darryl Wright*; No. CR14-5539 BHS) - 5

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401