The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL WRIGHT,<br><br>Defendant. | No. CR14-5539 BHS<br><br>DEFENDANT WRIGHT'S MOTION TO SEAL<br><br>Note for Consideration: October 2, 2015 |

Defendant, Darryl Wright, by undersigned counsel, files this motion to seal his declaration in support of his motion to modify the conditions of his release (Dkt. No. 63), based on the sensitive information contained therein. The defense requests that the Court order that this declaration, which was inadvertently not filed under seal, be sealed.

DEFENDANT WRIGHT'S MOTION TO SEAL
(*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

DATED this 24th day of September, 2015.

          Respectfully submitted,

          BLACK LAW, PLLC

          <u>s/ Christopher Black</u>
          Christopher Black
          Attorney for Darryl Wright
          Black Law, PLLC
          1111 Hoge Building
          705 Second Avenue
          Seattle, WA  98104
          Phone: 206.623.1604
          Fax: 206.658.2401
          Email: crb@crblack.com

DEFENDANT WRIGHT'S MOTION TO SEAL
(*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 24th day of September, 2015.

                                 Respectfully submitted,

                                 BLACK LAW, PLLC

                                 s/ Christopher Black
                                 Christopher Black
                                 Attorney for Darryl Wright
                                 Black Law, PLLC
                                 1111 Hoge Building
                                 705 Second Avenue
                                 Seattle, WA  98104
                                 Phone:	206.623.1604
                                 Fax:	206.658.2401
                                 Email:	crb@crblack.com

DEFENDANT WRIGHT'S MOTION TO SEAL
(*Darryl Wright*; No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401