FILED ____ LODGED
____ RECEIVED

SEP 24 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL WRIGHT,<br><br>Defendant. | No. CR14-5539 BHS<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon the defendant's motion to seal his declaration in support of his motion to modify the conditions of his release (Dkt. No. 63). Having considered the entirety of the records and file herein, the Court hereby grants this motion. It is ORDERED that the declaration be allowed to remain under seal due to the sensitive nature of its contents.

DATED THIS 24th day of September, 2015.

_____
The Honorable ~~Benjamin H. Settle~~ J. Richard Creatura
United States ~~District~~ Judge
Magistrate

---

ORDER GRANTING DEFENDANT'S MOTION TO
SEAL (*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Presented by:

LAW OFFICE OF CHRISTOPHER BLACK, PLLC

s/ Christopher Black
Christopher Black
Attorney for Darryl Wright
Law Office of Christopher Black, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA 98104
Phone:      206.623.1604
Fax:          206.658.2401
Email:       crb@crblack.com

ORDER GRANTING DEFENDANT'S MOTION TO
SEAL (*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401