|   |   |   |
|---|---|---|
| | The Honorable Benjamin H. Settle | |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL LEE WRIGHT, and<br>KAREN WRIGHT (AKA KAREN BEVENS),<br><br>Defendants. | NO. CR14-5539BHS<br><br>MOTION IN LIMINE REGARDING UNDERCOVER VIDEO INTERVIEW OF DARRYL WRIGHT |

Comes now the United States, by and through the undersigned Assistant United States Attorneys, and files this Motion In Limine to allow the jury to see an undercover video of Darryl Wright made while the scheme was under way. The United States submits that the video may be shown for non-hearsay purposes, and that the video is also a co-conspirator's statement.

**Background**

The United States has filed a trial brief that covers the facts in this case. This Motion pertains to a 90-minute video of Darryl Wright being interviewed by undercover agents from the Washington State Patrol. They used the pretext that they were investigating possible identity theft. The interview focused both on who might be a suspect, and who simply might have information about the incident. The officers

MOTION IN LIMINE REGARDING UNDERCOVER VIDEO/- 1
*U.S. v. Wright,* CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

explained that the information was written in a woman's handwriting and was found during a search in an unrelated case.

**Argument**

The video will show that Darryl Wright has no cognitive disabilities whatsoever. He was able to follow the questions by the undercover officers, and showed no difficulty in tracking, responding, understanding, talking, or in reasoning. The video further demonstrates that Darryl Wright has no short-term or long-term memory issues.

The video is not offered for the truth of the statements Darryl Wright makes in response to the questions. Indeed, the relevance of what Darryl Wright says is found in what he fails to state, which is not hearsay.

Finally, there is an argument that the video is a co-conspirator's admission. For 90 minutes of inquiries about who might have access to his identity, through his house or otherwise, Darryl Wright never mentions his caregiver, that he has a caregiver, or that his sister has access to his house. There are two reasonable inferences from this glaring omission. First, that Karen Wright is not present at the house to be relevant to the inquiry, and second, that Darryl Wright conceals Karen Wright because he does not want officers from the Washington State Patrol interviewing her.

//
//
//

MOTION IN LIMINE REGARDING UNDERCOVER VIDEO/- 2
*U.S. v. Wright,* CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | To begin any analysis on this Motion, the court will have to view at least part of |
| 2 | the video. Accordingly, the United States will provide the court with a disc of the video |
| 3 | at the pretrial conference. |
| 4 | DATED this 20th day of March, 2016. |

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/David Reese Jennings*
DAVID REESE JENNINGS
GREGORY A. GRUBER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: David.R.Jennings@usdoj.gov

MOTION IN LIMINE REGARDING UNDERCOVER VIDEO/- 3
*U.S. v. Wright,* CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Jennifer Shauberger*
JENNIFER SHAUBERGER
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3803
FAX: 253-428-3826
E-mail: Jennifer.Shauberger@usdoj.gov

MOTION IN LIMINE REGARDING UNDERCOVER VIDEO/- 4
*U.S. v. Wright,* CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800