UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR15-5539BHS |
| ) | |
| ) | TRIAL EXHIBIT LIST |
| KAREN M. WRIGHT, ) | |
| ) | |
| Defendant. ) | |

| Exhibit | Description | Admitted on: |
|---|---|---|
| 1 | Caregiver Program video | 4/1/2016 |
| 2 | Copy of wire payment record for Count 2 | 4/11/2016 |
| 3 | Copy of wire payment record for Count 3 | 4/11/2016 |
| 4 | Copy of wire payment record for Count 4 | 4/11/2016 |
| 5 | Social Security Disability Documents for Darryl Wright | 3/31/2016 |
| 6 | VA Caregiver Documents for Karen Wright and Darryl Wright | 4/1/2016 |
| 6.1 | Additional Caregiver Documents | 4/8/2016 |
| 7 | OPM Department of Commerce Documents for Darryl Wright | 4/7/2016 |
| 8 | Employment Security Department (ESD) records for unemployment benefits for Darryl Wright | 4/1/2016 |
| 9 | Copy of mailing for Count 9 | 4/11/2016 |
| 10 | DSHS records for Karen Wright | 3/31/2016 |
| 11 | DSHS letter by Karen Wright's mother, Elaine Spalding | 3/31/2016 |
| 13 | Summary of VA personal contacts with Karen Wright | 4/11/2016 |
| 14 | VA Benefits (VBA) file | 4/1/2016 |
| 14.1 | Additional Veterans Administration Benefits (VBA) file | 4/8/2016 |
| 15 | Notary records for signature of Karen Wright on Affidavit to SSA | 3/31/2016 |
| 16 | DMV records showing Karen Wright's signature | 4/1/2016 |
| 17 | King County Elections Records for Darryl Wright, Heather Munden | 4/7/2016 |
| 18 | Washington PDC Records for Darryl Wright, Heather Munden | 4/7/2016 |
| 20 | Snoqualmie Ridge Homeowners Association Records | 4/7/2016 |
| 21 | City of Snoqualmie Records (Planning Commission, CERT, Citizens Academy) | 4/1/2016 |

| | | |
|---|---|---|
| 22 | Recording of Darryl Wright presiding over Planning Commission meeting | 4/1/2016 |
| 23 | Department of Revenue records for Trefoil | 4/1/2016 |
| 25 | Woodinville High School records for High School Basketball | 4/1/2016 |
| 26 | Work attendance records for Heather Munden | 4/7/2016 |
| 27.005 | Photo | 4/6/2016 |
| 27.041 | Photo of Car in DW Driveway | 4/14/2016 |
| 28 | Map showing distance from Karen's house to Darryl's house | 4/11/2016 |
| 30.1 | Video of DW mowing lawn | 4/7/2016 |
| 30.1.a | Still Picture | 4/7/2016 |
| 30.2 | Video of DW unloading car | 4/7/2016 |
| 30.2.a | Still Picture | 4/7/2016 |
| 30.4 | Video of DW and Heather Munden | 4/7/2016 |
| 30.4.a | Still Picture | 4/7/2016 |
| 30.5 | Video of DW in sign truck | 4/7/2016 |
| 30.5.a | Still Picture | 4/7/2016 |
| 30.6 | Video of DW putting child in the car | 4/7/2016 |
| 30.6.a | Still Picture | 4/7/2016 |
| 30.7 | Video of DW carrying boxes | 4/7/2016 |
| 30.7.a | Still Picture | 4/7/2016 |
| 30.8 | Video of DW installing a car seat | 4/7/2016 |
| 30.8.a | Still Picture | 4/7/2016 |
| 30.9 | Video of DW mowing the lawn | 4/7/2016 |
| 30.9.a | Still Picture | 4/7/2016 |

| | | |
|---|---|---|
| 30.11 | Video of DW carrying item by truck | 4/7/2016 |
| 30.11.a | Still Picture | 4/7/2016 |
| 30.12 | Video | 4/7/2016 |
| 30.12.a | Still Picture | 4/7/2016 |
| 30.13 | Video of DW mowing the lawn | 4/7/2016 |
| 30.13.a | Still Picture | 4/7/2016 |
| 30.14 | Video of DW walking across the street | 4/7/2016 |
| 30.14.a | Still Picture | 4/7/2016 |
| 31 | Photographs of Ron Nardone's Gym | 4/1/2016 |
| 33 | Hospital District Board records | 4/7/2016 |
| 34 | Rotary records | 3/31/2016 |
| 35 | TPC Snoqualmie Ridge Country Club records | 4/6/2016 |
| 36 | Bellevue College records, including emails | 4/7/2016 |
| 38 | Southwest Airline records for Darryl Wright | 4/7/2016 |
| 39 | Alaska/Horizon Airlines records for flights of Darryl Wright | 4/7/2016 |
| 40 | Primary Caregiver Role & Responsibilities | 4/7/2016 |
| 41.1 | Planning Commission Meeting 6/17/13 | 4/1/2016 |
| 42 | Karen Wright's bank account records | 4/6/2016 |
| 43 | Photographs of rocket crater | 3/30/2016 |
| 44 | Government record, Army award file, Darryl Wright Purple Heart | 3/30/2016 |
| 48 | Boise visit summary 48.001-48.016 | 4/7/2016 |
| 53.1 | Excerpt of video | 4/7/2016 |
| 53.2 | Excerpt of video | 4/7/2016 |

| | | |
|---|---|---|
| 53.3 | Excerpt of video | 4/7/2016 |
| 53.4 | Excerpt of video | 4/7/2016 |
| 53.5 | Excerpt of video | 4/7/2016 |
| 53.6 | Excerpt of video | 4/7/2016 |
| 53.7 | Excerpt of video | 4/7/2016 |
| 53.8 | Excerpt of video | 4/7/2016 |
| 53.9 | Excerpt of video | 4/7/2016 |
| 53.10 | Excerpt of video | 4/7/2016 |
| 53.11 | Excerpt of video | 4/7/2016 |
| 53.12 | Excerpt of video | 4/7/2016 |
| 54 | Recording of Undercover Phone call to Karen Wright 3/13 | 4/7/2016 |
| 55 | Transcript of Undercover Phone Call to Karen Wright 3/13 | 4/7/2016 |
| 55.1 | Recording of Undercover Phone Call Merged w/transcript 3/13 | 4/7/2016 |
| 56 | Wounded Warrior activity history for Darryl Wright | 4/7/2016 |
| 57 | Costco records | 4/7/2016 |
| 58 | Costco Still Picture | 4/7/2016 |
| 59 | Demonstrative Calendars for 2010/2011; 2012/2013, and 2014 | 4/11/2016 |
| 60 | Summary Chronology by Joe Rogers | 4/11/2016 |
| 62 | Primary Caregiver Role and Responsibilities | 4/6/2016 |
| 64 | Photos of Madison | 4/7/2016 |
| 70 | Font Example | 4/12/2016 |
| 71 | Google Map showing DW house | 4/14/2016 |
| A-1 | Select military records of DW from 1997-2005 | 3/30/2016 |

| | | |
|---|---|---|
| A-2 | Combat Action Badge documents submitted by DW in 2005 | 3/30/2016 |
| A-4 (a)<br>A-4 (b)<br>A-4 (c)<br>A-4 (d) | Dr. Mark Hamblin, and VA Psychology/Psychiatry Dept Select medical records of DW 2007-14 | 4/11/2016 |
| A-6(b) | 1/26/2009 Letter to Administrator from Elaine Spalding | 4/12/2016 |
| A-7 | DOC OIG Report by Rick Beitel re: DW Military Orders in 7/09 for military leave on 8/2/09-8/15/09 | 4/11/2016 |
| A-9 | 7-28-11 Facebook posting by KW | 4/13/2016 |
| A-15 (c) | CG Program Opening Docs for KW | 4/6/2016 |
| A-19 | 1/8/14 email by KW to Tara Stablein Re: resign | 4/11/2016 |
| A-20 | 10/8/14 email KB to CG Coordinator Tara Stablein re: DW in-patient for 4 weeks – | 4/11/2016 |
| A-22 | 1/28/15 Forensic Lab Report by Kristen Singer | 4/11/2016 |
| A-23 | Computer Forensic Expert Randall Karstetter Exemplar Bates 1109 | 4/12/2016 |
| A-24 | Diagram by Karen Wright of DW neighborhood | 4/13/2016 |