```
                                                    12192012031736039192977
DARRYL L WRIGHT                                             28043000
12/19/12
1,979.00
0000121212C3DD
PAYMENT HAS BEEN PROCESSED
C  109005500506


WASHINGTON STATE EMPLOYEES CU
PO BOX WSECU


OLYMPIA                    WA  98507
```

```
DARRYL L WRIGHT   28043000          1979.00 12/19/12  1    P         A
```

```
WASHINGTON STATE EMPLOYEES CU
PO BOX WSECU

OLYMPIA                    WA         98507
360-

8
```

14

U.S. v. Wright, et al.
CR14-5539BHS
Plaintiff's Exhibit No. 2
Admitted _____

# WSECU

WASHINGTON STATE EMPLOYEES CREDIT UNION   **ONE**WASHINGTON

# ACCOUNT CARD

## Accounts and Services

☒ Savings                    ☒ Checking

Note: ActionLine Included on All Accounts

## TIN and Backup Withholding Information

*By signing below, I certify, under penalties of perjury, that (1) I am a U.S. person (including a U.S. resident alien), (2) the Social Security number (SSN)/taxpayer identification number (TIN) shown is my/the correct identification number and (3) I am NOT, unless designated below, subject to backup withholding because I have not been notified that I am subject to backup withholding as a result of a failure to report all dividends or interest, or because the IRS has notified me that I am no longer subject to backup withholding.*

☐ I am subject to backup withholding        ☐ I am NOT a United States citizen or
                                              U.S. person (Complete W-8BEN form)
☐ Exempt

## For Credit Union Use Only

Date __4-2-07__        Staff User ID __310__        Member Verification __✓__

Checkcode __NR__        Check Verify __599__        ☐ Non Dividend Earning

Account Name __Wright, Darryl__        Account Number _____

## Member Information

Member __Darryl Wright__        Email __dbl.aut@gmail.com__

Address _____        SSN _____
__Snoqualmie WA 98065__        Driver's License # _____

Phone    Home ( __208__ ) _____        Issue Date __5.25.2004__
         Work ( __208__ ) __322·7033 x 252__        Exp. Date __4.14.2013__

Employer __IDA·ORE Planning & Develop.__        Birthdate _____

Eligibility for Membership __Father: C. Wright #232058__        MMN _____

## Authorization

By signing below, I/we agree to the terms and conditions of the Membership and Account Agreement, Truth-In-Savings Rate and Fee Schedule, Funds Availability Policy Disclosure, ATM Card Agreement, and to any amendment you make from time to time which are incorporated herein. I/we acknowledge receipt of a copy of the Agreements and Disclosures applicable to the accounts and services requested above. *The internal Revenue Service does not require your consent to any provision of this Account Card other than the certifications required to avoid backup withholding.*

__Darryl Wright__        __3·20·2007__
1. Signature                         Date        3. Signature                         Date

2. Signature                         Date        4. Signature                         Date

WSECU-135 (11/05)

0007642

2.002

Payment path specific to **Darryl Lee Wright** Social Security Administration ACH payment dated **12/19/2012** issued under payee identification number

Social Security Administration (ALC 28043000) located in Baltimore, Maryland  created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number                         of the receiving financial institution, Washington State Employees Credit Union, located in Olympia, Washington.

**SSA Payment Dated 12/19/2012**

**Automated Clearing House (ACH) System**



**Wire Path Flow For SSA ACH Payments To RTN**

```
AAS CODE:          28043000
NAME:              SOCIAL SECURITY ADMINISTRATION
ADDRESS:           CHIEF, REMITTANCES & ACCOUNTING
                   1-K-31 SECURITY WEST
                   1500 WOODLAWN DRIVE
                   BALTIMORE, MD

ZIPCODE:           21241
```

13

2.003

# WSECU

**WASHINGTON STATE EMPLOYEES CREDIT UNION**

PO BOX WSECU | OLYMPIA, WA 98507 | wsecu.org | 800.562.0999

Account Number: XXXXXX0506
Statement Date: 12/01/12 - 12/31/12
Page 1 of 4

**Annual Privacy Notice Now Available.**

To review our Privacy Notice, go to wsecu.org and click on "Terms & Conditions."

48

DARRYL WRIGHT
7118 CURTIS DR SE
SNOQUALMIE, WA 98065-9075

Call Center/Loan Line: 800.562.0999  Action Line: 800.548.6060
Visit us at wsecu.org
To Report a Lost or Stolen ATM/Debit/Credit Card: 866.861.5416

## CHECKING

**ID 09: MONEY MOVER CHECKING**

| Date | Transaction Description | | Balance |
|------|------------------------|------|---------|
| **12/01/12** | **Beginning Balance** | | **426.40** |
| 12/01/12 | Deposit CU OnLine Transfer From Share 01 - Mobile Banking | 1,853.00 | 2,279.40 |
| 12/03/12 | Withdrawal ACH COMCAST | -103.40 | 2,176.00 |
| 12/03/12 | Withdrawal ACH PUGET SOUND ENER | -240.00 | 1,936.00 |
| 12/03/12 | Withdrawal CU OnLine Transfer To Loan 01 | -46.00 | 1,890.00 |
| 12/04/12 | Withdrawal POS #233915406869 COSTCO GAS #0106 SEATTLE WA | -39.64 | 1,850.36 |
| 12/04/12 | Check 056855 | -451.00 | 1,399.36 |
| 12/04/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -99.36 | 1,300.00 |
| 12/05/12 | Withdrawal ACH WA STATE DSHS | -210.70 | 1,089.30 |
| 12/05/12 | Check 056871 | -25.00 | 1,064.30 |
| 12/05/12 | Check 056872 | -75.00 | 989.30 |
| 12/07/12 | Withdrawal ACH TPC SNOQUALMIE | -60.00 | 929.30 |
| 12/07/12 | Withdrawal POS #234221480153 COSTCO WHSE #0110 ISSAQUAH WA | -88.19 | 841.11 |
| 12/07/12 | Withdrawal POS #234221581132 COSTCO GAS #0110 ISSAQUAH WA | -33.68 | 807.43 |
| 12/11/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -207.43 | 600.00 |
| 12/11/12 | Withdrawal POS #234620129001 THE HOME DEPOT 4704 6200 E LAKE FAMMAMISH P ISSAQUAH WA | -19.26 | 580.74 |
| 12/11/12 | Check 056865 | -250.00 | 330.74 |
| 12/11/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -130.74 | 200.00 |
| 12/11/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -50.00 | 150.00 |
| 12/12/12 | Check 056875 | -107.00 | 43.00 |
| 12/14/12 | Withdrawal ACH ADA CO TREAS BIL | -14.00 | 29.00 |
| 12/18/12 | Withdrawal ACH 2761CITYOF BOISE | -24.00 | 5.00 |
| 12/18/12 | Deposit Transfer From Share 01 | 0.01 | 5.01 |
| 12/18/12 | Check 056801 | -90.00 | -84.99 |
| 12/18/12 | Withdrawal OD PRIVILEGE FEE | -25.00 | -109.99 |
| 12/18/12 | Check 056897 | -113.00 | -222.99 |
| 12/18/12 | Withdrawal OD PRIVILEGE FEE | -25.00 | -247.99 |
| 12/18/12 | Withdrawal NSF 056894 In the amount $270.90. | -25.00 | -272.99 |
| 12/19/12 | Deposit ACH SSA  TREAS 310 | 989.00 | 716.01 |
| 12/19/12 | Deposit ACH SSA  TREAS 310 | 1,979.00 | 2,695.01 |
| 12/20/12 | Check 056722 | -100.00 | 2,595.01 |
| 12/21/12 | Withdrawal ACH Ideal 529 ACH | -25.00 | 2,570.01 |
| 12/21/12 | Withdrawal ACH TPC SNOQUALMIE | -60.00 | 2,510.01 |
| 12/21/12 | Withdrawal ACH WASTE MANAGEMENT | -80.00 | 2,430.01 |
| 12/21/12 | Withdrawal ACH WA STATE DSHS | -210.70 | 2,219.31 |

2.004

Account Number: XXXXXX0506
Statement Date: 12/01/12 - 12/31/12
Page 2 of 4

| Date | Transaction Description | | Balance |
|------|------------------------|---------|---------|
| 12/22/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -80.00 | 2,139.31 |
| 12/22/12 | Withdrawal CU OnLine Transfer To Loan 07 - Mobile Banking | -320.31 | 1,819.00 |
| 12/24/12 | Check 056891 | -25.00 | 1,794.00 |
| 12/24/12 | Check 056892 | -75.00 | 1,719.00 |
| 12/26/12 | Withdrawal ACH PUGET SOUND ENER | -240.00 | 1,479.00 |
| 12/27/12 | Withdrawal CU OnLine Transfer To Loan 07 - Mobile Banking | -179.00 | 1,300.00 |
| 12/27/12 | Withdrawal CU OnLine Transfer To Loan 07 - Mobile Banking | -300.00 | 1,000.00 |
| 12/27/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -200.00 | 800.00 |
| 12/27/12 | Deposit DEPOSIT OF ACCIDENTAL PAYMENT | 179.00 | 979.00 |
| 12/27/12 | Deposit DEPOSIT OF ACCIDENTAL PAYMENT | 300.00 | 1,279.00 |
| 12/28/12 | Check 056739 | -30.00 | 1,249.00 |
| 12/28/12 | Check 056898 | -107.00 | 1,142.00 |
| 12/28/12 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -142.00 | 1,000.00 |
| 12/31/12 | Withdrawal ACH PIER 1 IMPORTS | -25.00 | 975.00 |
| 12/31/12 | Withdrawal ACH VERIZON | -126.00 | 849.00 |
| 12/31/12 | Withdrawal ACH COMCAST | -130.00 | 719.00 |
| 12/31/12 | Check 056884 | -76.59 | 642.41 |
| 12/31/12 | Check 056888 | -451.00 | 191.41 |
| 12/31/12 | **Ending Balance** | | **191.41** |

6 total deposits: 5,300.01
46 total withdrawals: -5,535.00

| | Total For This Period | Total Year-to-Date |
|------|------|------|
| Total Overdraft Fees | 50.00 | 250.00 |
| Total Returned Item Fees | 25.00 | 50.00 |

### Rewards Summary

To view your current Reward point totals and the Rewards Terms & Conditions, please visit wsecu.org or call 888.529.6288 24 hours a day, 7 days a week.

### 09 - MONEY MOVER CHECKING ACCOUNT SUMMARY

### CHECKS CLEARED

| Check | Amt | Check | Amt | Check | Amt | Check | Amt |
|------|------|------|------|------|------|------|------|
| 056722 | 100.00 | 056865* | 250.00 | 056884* | 76.59 | 056892 | 75.00 |
| 056739* | 30.00 | 056871* | 25.00 | 056888* | 451.00 | 056897* | 113.00 |
| 056801* | 90.00 | 056872 | 75.00 | 056891* | 25.00 | 056898 | 107.00 |
| 056855* | 451.00 | 056875* | 107.00 | | | | |

\* indicates a break in check sequence
14 Checks Cleared   $1,975.59

### ATM/CHECK CARD WITHDRAWALS

| Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|------|------|------|------|------|------|------|------|
| 12/04 | 39.64 | 12/07 | 88.19 | 12/07 | 33.68 | 12/11 | 19.26 |
| 4 ATM Withdrawals | $180.77 | | | | | | |

### ELECTRONIC WITHDRAWALS

| Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|------|------|------|------|------|------|------|------|
| 12/03 | 103.40 | 12/11 | 207.43 | 12/18 | 25.00 | 12/22 | 80.00 |
| 12/03 | 240.00 | 12/11 | 130.74 | 12/18 | 25.00 | 12/22 | 320.31 |
| 12/03 | 46.00 | 12/11 | 50.00 | 12/21 | 25.00 | 12/26 | 240.00 |
| 12/04 | 99.36 | 12/14 | 14.00 | 12/21 | 60.00 | 12/27 | 179.00 |
| 12/05 | 210.70 | 12/18 | 24.00 | 12/21 | 80.00 | 12/27 | 300.00 |
| 12/07 | 60.00 | 12/18 | 25.00 | 12/21 | 210.70 | 12/27 | 200.00 |

| Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|------|-----|------|-----|------|-----|------|-----|
| 12/28 | 142.00 | 12/31 | 25.00 | 12/31 | 126.00 | 12/31 | 130.00 |
| 28 Withdrawals | $3,378.64 | | | | | | |

### DEPOSITS

| Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|------|-----|------|-----|------|-----|------|-----|
| 12/01 | 1,853.00 | 12/19 | 989.00 | 12/28 | 179.00 | 12/28 | 300.00 |
| 12/18 | 0.01 | 12/19 | 1,979.00 | | | | |
| 6 Deposits | $5,300.01 | | | | | | |

## SAVINGS

### ID 01: REGULAR SAVINGS

| Date | Transaction Description | | Balance |
|------|------------------------|---|---------|
| 12/01/12 | Beginning Balance | | 1,858.01 |
| 12/01/12 | Withdrawal CU OnLine Transfer To Share 09 - Mobile Banking | -1,853.00 | 5.01 |
| 12/18/12 | Withdrawal Transfer To Share 09 | -0.01 | 5.00 |
| 12/31/12 | Deposit ACH XXVA BENEF | 1,883.00 | 1,888.00 |
| | New Pin selected for Card ending in 0133 | | |
| 12/31/12 | Deposit Dividend 0.100% | 0.01 | 1,888.01 |
| 12/31/12 | Annual Percentage Yield Earned of 0.180% from 12/01/12 to 12/31/12 | | |
| 12/31/12 | APYE Average Daily Balance: 65.75 | | |
| 12/31/12 | Ending Balance | | 1,888.01 |

2 total deposits: 1,883.01
2 total withdrawals: -1,853.01
YTD Dividends Paid: 0.38

### ID 02: HOLIDAY

| Date | Transaction Description | Balance |
|------|------------------------|---------|
| 12/01/12 | Beginning Balance | 0.10 |
| 12/31/12 | Ending Balance | 0.10 |

YTD Dividends Paid: 0.00

## LOANS

### ID 07: 06 VOLKSWAGEN NEW BEETLE

| Date | Transaction Description | Trans Amt | Late Charge | Int. Paid | Change to Principal | New Balance |
|------|------------------------|-----------|-------------|-----------|---------------------|-------------|
| 12/01/12 | Beginning Balance | | | | | 12,739.16 |
| 12/22/12 | Payments CU OnLine Transfer From Share 09 | -320.31 | 0.00 | 62.82 | -257.49 | 12,481.67 |
| 12/27/12 | Payments CU OnLine Transfer From Share 09 | -179.00 | 0.00 | 10.26 | -168.74 | 12,312.93 |
| 12/27/12 | Payments CU OnLine Transfer From Share 09 | -300.00 | 0.00 | 0.00 | -300.00 | 12,012.93 |
| 12/27/12 | Payments Adjustment | 179.00 | 0.00 | -10.26 | 168.74 | 12,181.67 |
| 12/27/12 | Payments Adjustment | 300.00 | 0.00 | 0.00 | 300.00 | 12,481.67 |
| 12/31/12 | Ending Balance | | | | | 12,481.67 |

Account Number: XXXXXX0506
Statement Date: 12/01/12 - 12/31/12
Page 4 of 4

---

Next payment of 324.80 is due on 02/20/13
Daily Rate .016438%                        **Annual Percentage Rate  6.000%**
YTD Interest Paid: 965.91
5 total deposits: 320.31

---

## YEAR TO DATE SUMMARY

Interest Paid 1,466.22   (Loan)
Dividends Paid 0.38

---

End Statement

> The total combined balance of your IRA shares and IRA certificates
> as of Dec. 31, 2012 is your Fair Market Value. The FMV of your
> IRA will be furnished to the Internal Revenue Service.

48

0008008

2.007



0041141

U.S. v. Wright, et al.
CR14-5539BHS
Plaintiff's Exhibit No. 3
Admitted _____





| | | | | |
|---|---|---|---|---|
| 05302012101036158620505 | 05/30/2012 | 10836.54 | 36001200 | 00M120525301 |
| 06282012101036158615943 | 06/28/2012 | 2173.26 | 36001200 | 00M120626301 |
| 07272012101036158583538 | 07/27/2012 | 2173.26 | 36001200 | 00M120725301 |
| 08282012101036158598578 | 08/28/2012 | 2173.26 | 36001200 | 00M120824301 |
| 09272012101036158583445 | 09/27/2012 | 2173.26 | 36001200 | 00M120925301 |
| 10292012101036158637386 | 10/29/2012 | 2173.26 | 36001200 | 00M131025301 |
| 11272012101036158552757 | 11/27/2012 | 2173.26 | 36001200 | 00M131123301 |
| 12282012101036158589323 | 12/28/2012 | 2173.26 | 36001200 | 00M131226301 |

2012 Total Paid $26049.36

| | | | | |
|---|---|---|---|---|
| 01292013101036158598049 | 01/29/2013 | 2173.26 | 36001200 | 00M130125301 |
| 02272013101036158631328 | 02/27/2013 | 2173.26 | 36001200 | 00M130225301 |
| 03272013101036158668945 | 03/27/2013 | 2173.26 | 36001200 | 00M130325301 |
| 05012013101036158761983 | 05/01/2013 | 2528.22 | 36001200 | 00M130429301 |
| 05312013101036158786713 | 05/31/2013 | 2262.00 | 36001200 | 00M130529301 |
| 07012013101036158050151 | 07/01/2013 | 2262.00 | 36001200 | 00M130627301 |
| 07312013101036158847623 | 07/31/2013 | 2262.00 | 36001200 | 00M130729301 |
| 08302013101036158833382 | 08/30/2013 | 2262.00 | 36001200 | 00M130828301 |
| 09272013101036158946347 | 09/27/2013 | 2262.00 | 36001200 | 00M130925301 |
| 10292013101036158816808 | 10/29/2013 | 2262.00 | 36001200 | 00M141025301 |
| 12022013101036158059977 | 12/02/2013 | 2262.00 | 36001200 | 00M141127301 |
| 12302013101036158879727 | 12/30/2013 | 2262.00 | 36001200 | 00M141226301 |

2013 Total Paid $27144.00

0026400

3.004

| | | | | |
|---|---|---|---|---|
| 01302014101036158852036 | 01/30/2014 | 2352.48 | 36001200 | 00M140128301 |
| 02272014101036152101199 | 02/27/2014 | 2352.48 | 36001200 | 0000M140225201 |
| 03282014101036152189306 | 03/28/2014 | 2352.48 | 36001200 | 0000M140326201 |
| 04302014101036152437773 | 04/30/2014 | 2352.48 | 36001200 | 0000M140428201 |
| 05292014101036152283296 | 05/29/2014 | 2352.48 | 36001200 | 0000M140527201 |
| 06302014101036152385940 | 06/30/2014 | 2352.48 | 36001200 | 0000M140626201 |
| 07312014101036152488509 | 07/31/2014 | 2352.48 | 36001200 | 0000M140729201 |
| 08292014101036152562664 | 08/29/2014 | 2352.48 | 36001200 | 0000M140827201 |
| 10012014101036150232137 | 10/01/2014 | 2352.48 | 36001200 | 0000M140929101 |
| 10302014101036153128247 | 10/30/2014 | 2352.48 | 36001200 | 0000M151028201 |
| 11282014101036152700805 | 11/28/2014 | 2352.48 | 36001200 | 0000M151125201 |
| 12302014101036152484507 | 12/30/2014 | 2352.48 | 36001200 | 0000M151224201 |

2014 Total Paid $28229.76

0026401

3.005





**Valley Mall & Locks, Duvall, WA**
Phone: 425-788-7441
Fax: 425-788-7361

The information contained in this facsimile message may be privileged and confidential information intended only for the use of the intended recipient named above. If you are not the intended recipient, you are hereby notified that any copying of this communication or dissemination or distribution of it to anyone other than the intended recipient is strictly prohibited.

If there is a problem with this transmission, or if you have received this communication in error, please immediately notify sender at the phone number listed above.

Date: _____ 5 - 09 - 12 _____

This **FAX** transmission contains ___2___ pages (including cover sheet)

To:  Name ____ Fin. Svcs. Center ____
     Company/Dept ____ U.S Dept of VA ____
     FAX # ____ 512 - 460 - 5221 ____

From: Name ____ Karen Wright ____
     Telephone # ____ 425- ____

Notes: _____
_____
_____
_____
_____
_____

**Disclaimer of liability:** Valley Mail & Locksmith nor any of its affiliates, agents or employees shall be liable to you for any damages, including general, special, incidental or consequential damages, arising out of you use or inability to use Valley Mailbox, including, but not limited to, loss of data or data being rendered inaccurate or losses sustained by you or third parties or a failure of service.

0041176

3.007

## U.S. Department of Veterans Affairs – Financial Services Center

### CAREGIVER PROGRAM ENROLLMENT FORM

**AGENCY USE ONLY**
Vendor Type (I)

Station#: 663

Station Point of Contact Name: Kris Fredrickson

Station Point of Contact Email: Kris.Fredrickson@va.gov

Station Point of Contact Fax#: 206.764.2477

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit electronic payments. Failure to provide the requested information may delay or prevent the receipt of payments.

### CAREGIVER INFORMATION

NAME: Karen M. Wright

SSN NO

ADDRESS: Duvall, WA 98019

CONTACT PERSON NAME:

TELEPHONE NUMBER: (425)

### FINANCIAL INSTITUTION INFORMATION

NAME: Washington Federal

ADDRESS: 855 Rainier Blvd. N.
Issaquah, WA 98027

NINE-DIGIT ROUTING NUMBER: 325070980

ACCOUNT NUMBER:

TYPE OF ACCOUNT: ☒ CHECKING   ☐ SAVINGS

SIGNATURE: Karen M. Wright

## Fax completed form to (512) 460-5221

**Please contact 1-877-353-9791 for assistance.**

0041177

3.008

Nov/2nd, 2012

To whom it may Concern,

I needed to Close out my
Checking account and open a new
one. Please see attached direct
deposit form, to make the changes
for my direct deposit.

Thank you,

Karen Wright
425-
kmw1231@gmail.com

Total 2 pages Faxed

0041174

3.009

11/13/2012  09:11    4258317605                SAFEWAY                                    PAGE  02/02

### U.S. Department of Veterans Affairs – Financial Services Center

### CAREGIVER PROGRAM ENROLLMENT FORM

| AGENCY USE ONLY |
| --- |
| Vendor Type (I) |
| Station#: 663 |
| Station Point of Contact Name: Kris Fredrickson |
| Station Point of Contact Email: Kris.Fredrickson@va.gov |
| Station Point of Contact Fax#: 206.764.2477 |

**PRIVACY ACT STATEMENT**

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit electronic payments. Failure to provide the requested information may delay or prevent the receipt of payments.

**CAREGIVER INFORMATION**

NAME  Karen M. Wright

SSN NO

ADDRESS   Duvall, WA 98019

CONTACT PERSON NAME:

TELEPHONE NUMBER: (425)

**FINANCIAL INSTITUTION INFORMATION**

NAME:  Washington Federal

ADDRESS:  12830 Bothell-Everett Hwy
Everett, WA 98208

NINE-DIGIT ROUTING NUMBER:  325070980

ACCOUNT NUMBER:

TYPE OF ACCOUNT: ☒ CHECKING   ☐ SAVINGS

SIGNATURE:  Karen M. Wright

### Fax completed form to (512) 460-5221

#### Please contact 1-877-353-9791 for assistance.

0041175

3.010

Payment path specific to **Darryl Lee Wright** Social Security Administration ACH payments dated **01/16/2013 through 06/19/2013** issued under payee identification number _____.

Social Security Administration (ALC 28043000) located in Baltimore, Maryland  created and certified the payment file and transmitted the file to the U.S. Treasury data processing site located in KROC in Kansas City, Missouri.

A computer operator at the U.S. Treasury disbursing office located in Kansas City, Missouri retrieved the payment file from the data center and performed payment operations to complete processing of the file.

The payment amount was offset by the Debt Management Service's Treasury Offset Program (TOP) in Birmingham, Alabama (RTN 0627-3601-1). A partial payment was created and processed by the U.S. Treasury disbursing office located in San Francisco, California (ALC 20184904).

The Automated Clearing House (ACH) payment file was transmitted to the Federal Reserve Bank (FRB) ACH processing site located in East Rutherford, New Jersey.

The FRB ACH system processed the payment file and sorted specific payment transactions based upon the routing and transit number (RTN            ) of the receiving financial institution, Washington State Employees Credit Union, located in Olympia, Washington.



**SSA Payments Dated 01/16/2013 through 06/19/2013**
**Automated Clearing House**
**(ACH) System**

**Wire Path Flow For SSA ACH Payments To RTN**

U.S. v. Wright, et al.
CR14-5539BHS
Plaintiff's Exhibit No. 4
Admitted _____

```
AAS CODE:              28043000
NAME:                  SOCIAL SECURITY ADMINISTRATION
ADDRESS:               CHIEF, REMITTANCES & ACCOUNTING
                       1-K-31 SECURITY WEST
                       1500 WOODLAWN DRIVE
                       BALTIMORE, MD

ZIPCODE:               21241
```

```
PAYEE ID:                              TRACE NUMBER: 01162013062736010320786
PAYEE NAME:        DARRYL L WRIGHT                  ALC: 20184904
PAYMENT DATE:      01/16/13
PAYMENT AMOUNT:    1,589.50            PAYMENT CLASS: SSA
SCHEDULE NUMBER:   TE1300900RP
PAYMENT STATUS:    PAYMENT HAS BEEN PROCESSED
PAYEE'S FI C/S DAN: C  109005500506

FI RTN:            32518102
FI NAME:           WASHINGTON STATE EMPLOYEES CU
FI ADDRESS:        PO BOX WSECU


                   OLYMPIA              WA  98507
```

```
PAYEE ID:                              TRACE NUMBER: 01162013031736029576520
PAYEE NAME:        DARRYL L WRIGHT                  ALC: 28043000
PAYMENT DATE:      01/16/13
PAYMENT AMOUNT:    1,870.00
SCHEDULE NUMBER:   0000130109C3DD
PAYMENT STATUS:    EFT PAYMENT RETURNED
PAYEE'S FI C/S DAN: C  109005500506

FI RTN:            32518102
FI NAME:           PAYMENT OFF-SET
FI ADDRESS:
```

```
PAYEE ID:

        PAYEE                  PMT       PMT    PMT PMT STOP  CK/
SEL      NAME        ALC      AMOUNT     DATE   TYPE STAT CODE ACH
  _  DARRYL L WRIGHT  20184904  1589.50 04/17/13  1   P         A
  _  DARRYL L WRIGHT  28043000  1870.00 04/17/13  1   R         A
  _  DARRYL L WRIGHT  20184904  1589.50 03/20/13  1   P         A
  _  DARRYL L WRIGHT  28043000  1870.00 03/20/13  1   R         A
  _  DARRYL L WRIGHT  20184904  1589.50 02/20/13  1   P         A
  _  DARRYL L WRIGHT  28043000  1870.00 02/20/13  1   R         A
  _  DARRYL L WRIGHT  20184904  1589.50 01/16/13  1   P         A
  _  DARRYL L WRIGHT  28043000  1870.00 01/16/13  1   R         A
```

16

4.002

```
PAYEE ID: [REDACTED]

           PAYEE                        PMT       PMT    PMT  PMT  STOP  CK/
SEL        NAME          ALC          AMOUNT      DATE   TYPE STAT CODE  ACH
   _  DARRYL L WRIGHT   20184904      1589.50 06/19/13   1    P          A
   _  DARRYL L WRIGHT   28043000      1870.00 06/19/13   1    R          A
   _  DARRYL L WRIGHT   20184904      1589.50 05/15/13   1    P          A
   _  DARRYL L WRIGHT   28043000      1870.00 05/15/13   1    R          A
```

```
PAYEE ID:           [REDACTED]        TRACE NUMBER: 06192013062736010417371
PAYEE NAME:         DARRYL L WRIGHT                 ALC: 20184904
PAYMENT DATE:       06/19/13
PAYMENT AMOUNT:     1,589.50          PAYMENT CLASS: SSA
SCHEDULE NUMBER:    TE1316300VP
PAYMENT STATUS:     PAYMENT HAS BEEN PROCESSED
PAYEE'S FI C/S DAN: C  109005500506

FI RTN:             32518102
FI NAME:            WASHINGTON STATE EMPLOYEES CU
FI ADDRESS:         PO BOX WSECU


                    OLYMPIA            WA  98507
```

```
PAYEE ID:           [REDACTED]        TRACE NUMBER: 06192013031736016104154
PAYEE NAME:         DARRYL L WRIGHT                 ALC: 28043000
PAYMENT DATE:       06/19/13
PAYMENT AMOUNT:     1,870.00
SCHEDULE NUMBER:    0000130612C3DD
PAYMENT STATUS:     EFT PAYMENT RETURNED
PAYEE'S FI C/S DAN: C  109005500506

FI RTN:             32518102
FI NAME:            PAYMENT OFF-SET
FI ADDRESS:
```

```
FI ROUTING NUMBER:  32518102
INSTITUTION NAME:   WASHINGTON STATE EMPLOYEES CU
ADDRESS:            PO BOX WSECU


CITY:               OLYMPIA            STATE: WA  ZIP CODE: 98507
PHONE NUMBER:       360-943-7911 / ____

CHECK DIGIT:        8
```

17

4.003

# ⊛ WSECU
**WASHINGTON STATE EMPLOYEES CREDIT UNION**  ONE WASHINGTON

# ACCOUNT CARD

## Accounts and Services

☒ Savings                    ☒ Checking

Note: ActionLine Included on All Accounts

## TIN and Backup Withholding Information

*By signing below, I certify, under penalties of perjury, that (1) I am a U.S. person (including a U.S. resident alien), (2) the Social Security number (SSN)/taxpayer identification number (TIN) shown is my/the correct identification number and (3) I am NOT, unless designated below, subject to backup withholding because I have not been notified that I am subject to backup withholding as a result of a failure to report all dividends or interest, or because the IRS has notified me that I am no longer subject to backup withholding.*

☐ I am subject to backup withholding          ☐ I am NOT a United States citizen or
                                                 U.S. person (Complete W-8BEN form)
☐ Exempt

## For Credit Union Use Only

Date _**4-2-07**_          Staff User ID _**310**_     Member Verification _**✓**_

Checkcode _**NR**_          Check Verify _**599**_          ☐ Non Dividend Earning

Account Name _**Wright, Darryl**_     Account Number _____

## Member Information

Member _**Darryl Wright**_          Email _**dbl.aut@gmail.com**_

Address                              SSN _____

_**Snoqualmie WA 98065**_           Driver's License # _**2B1623425J**_

Phone    Home ( **208** ) _____     Issue Date _**5.25.2004**_

Work ( **208** ) _**322·7033 x252**_   Exp. Date _**4.14.2013**_

Employer _**IDA·ORE Planning & Develop.**_   Birthdate _____

Eligibility for Membership _**Father: C. Wright #232058**_   MMN _____

## Authorization

*By signing below, I/we agree to the terms and conditions of the Membership and Account Agreement, Truth-In-Savings Rate and Fee Schedule, Funds Availability Policy Disclosure, ATM Card Agreement, and to any amendment you make from time to time which are incorporated herein. I/we acknowledge receipt of a copy of the Agreements and Disclosures applicable to the accounts and services requested above. The internal Revenue Service does not require your consent to any provision of this Account Card other than the certifications required to avoid backup withholding.*

_**Darryl Wright**_          _**3.20.2007**_
1. Signature          Date          3. Signature          Date

2. Signature          Date          4. Signature          Date

WSECU-135 (11/05)

0007642

4.004

# ⊛ WSECU

**WASHINGTON STATE EMPLOYEES CREDIT UNION**

PO BOX WSECU | OLYMPIA, WA 98507 | wsecu.org | 800.562.0999

Account Number: XXXXXX0506
Statement Date: 01/01/13 - 01/31/13
Page 1 of 3

**Looking for some relief on the cost of preparing your taxes?**

We can help with discounts for Turbo Tax Online and Jackson Hewitt!

*Visit wsecu.org for details.*

3359

DARRYL WRIGHT
7118 CURTIS DR SE
SNOQUALMIE, WA 98065-9075

Call Center/Loan Line: 800.562.0999  Action Line: 800.548.6060
Visit us at wsecu.org
To Report a Lost or Stolen ATM/Debit/Credit Card: 866.861.8416

## CHECKING

**ID 09: MONEY MOVER CHECKING**

| Date | Transaction Description | | Balance |
|---|---|---|---|
| **01/01/13** | **Beginning Balance** | | **191.41** |
| 01/01/13 | Deposit CU OnLine Transfer From Share 01 - Mobile Banking | 1,883.01 | 2,074.42 |
| 01/01/13 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -574.42 | 1,500.00 |
| 01/03/13 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -500.00 | 1,000.00 |
| 01/04/13 | Withdrawal ACH PIER 1 IMPORTS | -15.00 | 985.00 |
| 01/04/13 | Withdrawal ACH TPC SNOQUALMIE | -60.00 | 925.00 |
| 01/04/13 | Withdrawal ACH COMCAST | -127.00 | 798.00 |
| 01/04/13 | Withdrawal ACH WA STATE DSHS | -210.70 | 587.30 |
| 01/04/13 | Check 056916 | -15.75 | 571.55 |
| 01/04/13 | Check 056905 | -25.00 | 546.55 |
| 01/04/13 | Check 001641 | -31.50 | 515.05 |
| 01/04/13 | Check 056906 | -75.00 | 440.05 |
| 01/07/13 | Check 001642 | -31.00 | 409.05 |
| 01/07/13 | Check 056909 | -107.00 | 302.05 |
| 01/08/13 | Deposit at ATM #000000009167 BECU 317 NW GILMAN BLVD ISSAQUAH WA | 510.00 | 812.05 |
| 01/08/13 | Check 056918 | -76.02 | 736.03 |
| 01/08/13 | Check 056900 | -250.00 | 486.03 |
| 01/08/13 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -176.03 | 310.00 |
| 01/08/13 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -100.00 | 210.00 |
| 01/09/13 | Check 056826 | -100.00 | 110.00 |
| 01/10/13 | Withdrawal POS #301012579589 COSTCO WHSE #0110 ISSAQUAH WA | -20.61 | 89.39 |
| 01/10/13 | Withdrawal POS #301013580452 COSTCO GAS #0110 ISSAQUAH WA | -1.00 | 88.39 |
| 01/14/13 | Check 001640 | -5.00 | 83.39 |
| 01/15/13 | Withdrawal POS #301516250368 COSTCO GAS #0110 ISSAQUAH WA | -33.60 | 49.79 |
| 01/15/13 | Withdrawal CU OnLine Transfer To Loan 01 | -5.79 | 44.00 |
| 01/16/13 | Deposit ACH SSA TREAS 310 | 935.00 | 979.00 |
| 01/16/13 | Deposit ACH TCS TREAS 449 | 1,589.50 | 2,568.50 |
| 01/16/13 | Withdrawal ACH ADA CO TREAS BIL | -14.00 | 2,554.50 |
| 01/16/13 | Withdrawal CU OnLine Transfer To Loan 01 - Mobile Banking | -554.50 | 2,000.00 |
| 01/16/13 | Check 056930 | -144.58 | 1,855.42 |
| 01/16/13 | Check 056929 | -270.90 | 1,584.52 |
| 01/17/13 | Check 001639 | -5.00 | 1,579.52 |
| 01/18/13 | Withdrawal ACH TPC SNOQUALMIE | -60.00 | 1,519.52 |
| 01/18/13 | Withdrawal ACH WA STATE DSHS | -210.70 | 1,308.82 |
| 01/19/13 | Withdrawal POS #301913560837 COSTCO GAS #0110 ISSAQUAH WA | -38.48 | 1,270.34 |

0008010

4.005

Account Number: XXXXXX0506
Statement Date: 01/01/13 - 01/31/13
Page 2 of 3

| Date | Transaction Description | | Balance |
|------|------------------------|------|---------|
| 01/22/13 | Withdrawal ACH Ideal 529 ACH | -25.00 | 1,245.34 |
| 01/22/13 | Withdrawal ACH WASTE MANAGEMENT | -80.00 | 1,165.34 |
| 01/23/13 | Check 056920 | -25.00 | 1,140.34 |
| 01/23/13 | Check 056921 | -75.00 | 1,065.34 |
| 01/24/13 | Check 056883 | -108.00 | 957.34 |
| 01/25/13 | Withdrawal ACH PUGET SOUND ENER | -240.00 | 717.34 |
| 01/25/13 | Check 056910 | -76.59 | 640.75 |
| 01/25/13 | Check 001617 | -125.00 | 515.75 |
| 01/27/13 | Withdrawal POS #302720531707 COSTCO WHSE #0110 ISSAQUAH WA | -63.57 | 452.18 |
| 01/28/13 | Withdrawal POS #302819734807 COSTCO WHSE #0761 BOISE ID | -47.33 | 404.85 |
| 01/29/13 | Withdrawal Debit Card MCDONALD'S F5171 LA GRANDE OR | -1.00 | 403.85 |
| 01/30/13 | Deposit #067001 Capital Educators FCU 500 E. Highland Boise ID | 61.80 | 465.65 |
| 01/30/13 | Withdrawal #067017 Capital Educators FCU 500 E. Highland Boise ID | -100.00 | 365.65 |
| 01/31/13 | **Ending Balance** | | **365.65** |

5 total deposits: 4,979.31
42 total withdrawals: -4,805.07

### Rewards Summary

To view your current Reward point totals and the Rewards Terms & Conditions, please visit wsecu.org or call 888.529.6288 24 hours a day, 7 days a week.

### 09 - MONEY MOVER CHECKING ACCOUNT SUMMARY

#### CHECKS CLEARED

| Check | Amt | Check | Amt | Check | Amt | Check | Amt |
|-------|-----|-------|-----|-------|-----|-------|-----|
| 001617 | 125.00 | 056826* | 100.00 | 056909* | 107.00 | 056920* | 25.00 |
| 001639* | 5.00 | 056883* | 108.00 | 056910 | 76.59 | 056921 | 75.00 |
| 001640 | 5.00 | 056900* | 250.00 | 056916* | 15.75 | 056929* | 270.90 |
| 001641 | 31.50 | 056905* | 25.00 | 056918* | 76.02 | 056930 | 144.58 |
| 001642 | 31.00 | 056906 | 75.00 | | | | |

* indicates a break in check sequence
18 Checks Cleared  $1,546.34

#### ATM/CHECK CARD WITHDRAWALS

| Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|------|-----|------|-----|------|-----|------|-----|
| 01/10 | 20.61 | 01/15 | 33.60 | 01/27 | 63.57 | 01/29 | 1.00 |
| 01/10 | 1.00 | 01/19 | 38.46 | 01/28 | 47.33 | 01/30 | 100.00 |
| 8 ATM Withdrawals | $305.59 | | | | | | |

#### ELECTRONIC DEPOSITS

| Date | Amt | Date | Amt |
|------|-----|------|-----|
| 01/08 | 510.00 | 01/30 | 61.80 |
| 2 Deposits | $571.80 | | |

#### ELECTRONIC WITHDRAWALS

| Date | Amt | Date | Amt | Date | Amt | Date | Amt |
|------|-----|------|-----|------|-----|------|-----|
| 01/01 | 574.42 | 01/04 | 127.00 | 01/15 | 5.79 | 01/18 | 210.70 |
| 01/03 | 500.00 | 01/04 | 210.70 | 01/16 | 14.00 | 01/22 | 25.00 |
| 01/04 | 15.00 | 01/08 | 176.03 | 01/16 | 554.50 | 01/22 | 80.00 |
| 01/04 | 60.00 | 01/08 | 100.00 | 01/18 | 60.00 | 01/25 | 240.00 |
| 16 Withdrawals | $2,953.14 | | | | | | |

### DEPOSITS

| Date | Amt | Date | Amt | Date | Amt |
|------|-----|------|-----|------|-----|
| 01/01 | 1,883.01 | 01/16 | 935.00 | 01/16 | 1,589.50 |
| 3 Deposits | $4,407.51 | | | | |

## SAVINGS

**ID 01: REGULAR SAVINGS**

| Date | Transaction Description | | Balance |
|------|------------------------|---|---------|
| 01/01/13 | **Beginning Balance** | | **1,888.01** |
| 01/01/13 | Withdrawal CU OnLine Transfer To Share 09 - Mobile Banking | -1,883.01 | 5.00 |
| | New Pin selected for Card ending in 4899 | | |
| 01/31/13 | **Ending Balance** | | **5.00** |

1 total withdrawals: -1,883.01
YTD Dividends Paid: 0.00

**ID 02: HOLIDAY**

| Date | Transaction Description | Balance |
|------|------------------------|---------|
| 01/01/13 | **Beginning Balance** | **0.10** |
| 01/31/13 | **Ending Balance** | **0.10** |

YTD Dividends Paid: 0.00

## LOANS

**ID 07: 06 VOLKSWAGEN NEW BEETLE**

| Date | Transaction Description | Trans Amt | Late Charge | Int. Paid | Change to Principal | New Balance |
|------|------------------------|-----------|-------------|-----------|---------------------|-------------|
| 01/01/13 | **Beginning Balance** | | | | | **12,481.67** |
| 01/31/13 | **Ending Balance** | | | | | **12,481.67** |

Next payment of 355.00 is due on 02/20/13
Daily Rate .019698%              **Annual Percentage Rate  7.190%**
YTD Interest Paid: 0.00

## YEAR TO DATE SUMMARY

End Statement

3359

0008012

4.007

CHECK RECONCILEMENT – THIS FORM IS PROVIDED TO ASSIST YOU IN BALANCING YOUR CHECKING ACCOUNT

| LIST ALL CHECKS OUTSTANDING NOT CHARGED TO YOUR CHECKING ACCOUNT | | | |
|---|---|---|---|
| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL |  |

**PERIOD ENDING**

1. **SUBTRACT** from your register any charges listed on this checking statement which you have not previously deducted from your balance.

2. **ENTER** balance shown on this statement here. $

3. **ENTER** deposits made later than the ending date of this statement.
   + $
   + $
   + $

   TOTAL (2 PLUS 3) $

4. In your check register check off all checks paid and in area provided at left, list numbers and amounts of all unpaid checks.

5. **SUBTRACT** total checks outstanding – $

6. This amount should equal your check register balance. $

### IF YOU DO NOT BALANCE:

Verify additions and subtractions — above and in your check register. Compare the dollar amounts of checks listed on this statement with the check amounts listed in your check register. Compare the dollar amount of deposits listed on this statement with the deposit amounts recorded in your check register.

---

**FOR DEPOSITS, PAYMENTS, ERROR NOTIFICATION AND GENERAL CORRESPONDENCE, CONTACT YOUR CREDIT UNION AT:**
PO Box WSECU, Olympia, WA 98507 or call us at 360.943.7911 or 800.562.0999
For specific concerns or questions regarding the handling of your account please contact:
Supervisory Committee, PO Box 1324, Olympia, WA 98507

**THIS NOTICE IS APPLICABLE ONLY TO OPEN-END CREDIT, AS DENOTED ON THE FRONT OF THIS STATEMENT**
**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT**

Send your inquiry in writing on a separate sheet of paper so that the credit union receives it within 60 days after the bill was mailed to you. Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error.
3. The dollar amount of the suspected error.
If you authorized the credit union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the credit union receives it within 16 days after the bill was sent to you.
   You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the credit union is resolving the dispute. During that same time, the credit union may not take any action to collect disputed amounts or report disputed amounts as delinquent.
   This is a summary of your rights; a full statement of your rights and the credit union's responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

FINANCE CHARGE IS COMPUTED ON THE UNPAID BALANCE FOR EACH DAY SUCH BALANCE IS OUTSTANDING.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone or write us as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.
   If you have arranged to have direct deposits made by Electronic Funds Transfer to your account at least once every 60 days from the same person or company, you can call us during normal business hours to find out whether or not the deposit is made. Normally this will apply to members on a direct deposit of Social Security or pension checks or allocations between different member's accounts, where the payor has not provided positive notice to you that the transfer was initiated.

ALL SHARE ACCOUNTS ARE NON-TRANSFERABLE, EXCEPT ON THE BOOKS OF THE DEPOSITORY INSTITUTION.

---

This credit union is federally insured by the National Credit Union Administration.

SS-01-05-11

0008013

4.008