UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN WRIGHT, AKA KAREN BEVENS,<br><br>Defendants. | NO. CR14-5539BHS<br><br>**UNITED STATES' SENTENCING EXHIBIT LIST** |

The following is a list of exhibits the United States intends to introduce at the trial of the above-referenced case:

    2.    Exhibit 2 of the Governments' Sentencing Memorandum

**Exhibits from Trial:**

    6.    VA Caregiver Documents for Karen Wright and Darryl Wright

    6.1    Additional Caregiver Documents

    10.    DSHS records for Karen Wright

    13.    Summary of VA personal contacts with Karen Wright

    14.    Veterans Administration Benefits (VBA) file

    14.1    Additional Veterans Administration Benefits (VBA) file

    40.    Primary Caregiver Role & Responsibilities

    55.    Transcript of Undercover Phone Call to Karen Wright 3/14

United States' Sentencing Exhibit List
United States v. Karen Wright - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

55.1  Recording of Undercover Phone Call Merged with Transcript 3/14

62.  Primary Caregiver Role and Responsibilities

**Plea Agreements**

Dkt. 90 Darryl Lee Wright Plea Agreement

Dkt. 166 Karen Wright Plea Agreement

DATED this 16th day of August, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

 *s/ David Reese Jennings*
DAVID REESE JENNINGS
GREGORY A. GRUBER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:   (253) 428-3817
Fax:             (253) 428-3826
E-mail:  David.R.Jennings@usdoj.gov
E-mail:  Gregory.A.Gruber@usdoj.gov

United States' Sentencing Exhibit List
United States v. Karen Wright - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Jennifer Shauberger*
JENNIFER SHAUBERGER
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3803
FAX:   253-428-3826
E-mail: Jennifer.Shauberger@usdoj.gov

United States' Sentencing Exhibit List
United States v. Karen Wright - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800