The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-5539 BHS |
| Plaintiff, | |
| v. | MOTION TO SEAL |
| DARRYL WRIGHT, | Note for Consideration: |
| Defendant. | August 26, 2016 |

Defendant, Darryl Wright, by undersigned counsel, files this motion to seal his sentencing memorandum and the exhibits filed in support thereof based on the sensitive information contained therein.  The defense requests that the memorandum and exhibits, which will be filed under seal subsequent to this motion, be allowed to remain under seal due to the nature of their contents.

MOTION TO SEAL
(*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

DATED this 18th day of August, 2016.

Respectfully submitted,

BLACK LAW, PLLC


s/ Christopher Black
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:          206.623.1604
Fax:             206.658.2401
Email:          chris@blacklawseattle.com

MOTION TO SEAL
(*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 18th day of August, 2016.

                                           Respectfully submitted,

                                           BLACK LAW, PLLC

                                           <u>s/ Christopher Black</u>
                                           Christopher Black
                                           Attorney for Darryl Wright
                                           Black Law, PLLC
                                           1111 Hoge Building
                                           705 Second Avenue
                                           Seattle, WA  98104
                                           Phone:      206.623.1604
                                           Fax:         206.658.2401
                                           Email:      chris@blacklawseattle.com

MOTION TO SEAL
(*Darryl Wright*; No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401