The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL WRIGHT,<br><br>　　　　　Defendant. | No. CR14-5539 BHS<br><br>SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM |

Defendant Darryl Wright, by his attorney, Christopher Black, submits the following supplemental exhibits to his sentencing memorandum:

1. Letter from Michael Phillips, Psy.D., dated August 23, 2016;

2. Declaration of Darryl Wright, dated August 24, 2016.

SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM
(*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

DATED this 24th day of August, 2016.

                                                Respectfully submitted,

BLACK LAW, PLLC

*s/ Christopher Black*
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:        206.623.1604
Fax:           206.658.2401
Email:        chris@blacklawseattle.com

SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM
(*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 24th day of August, 2016.

                                                  Respectfully submitted,

                                                  BLACK LAW, PLLC

*s/ Christopher Black*
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:      206.623.1604
Fax:          206.658.2401
Email:       chris@blacklawseattle.com

SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM
(*Darryl Wright*; No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401