The Honorable Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL LEE WRIGHT,<br><br>Defendant. | NO. CR14-5539BHS<br><br>**UNITED STATES' SENTENCING EXHIBIT LIST** |

The following is a list of exhibits the United States intends to introduce at the trial of the above-referenced case:

**Sentencing Memorandum Attachments**

1. Findings of Fact and Conclusions of Law
2. Declaration of Eva Ukkola
3. Declaration of Thomas Guevara

**Exhibits from Trial:**

5. Social Security Disability Documents for Darryl Wright
6. VA Caregiver Documents for Karen Wright and Darryl Wright
6.1 Additional Caregiver Documents
7. OPM/Department of Commerce Documents for Darryl Wright

United States' Sentencing Exhibit List
United States v. Darryl Lee Wright - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

8. Employment Security Department (ESD) records for unemployment benefits for Darryl Wright

12. DSHS records for Darryl Wright

14. Veterans Administration Beneftis (VBA) file

14.1 Additional Veterans Administration Benefits (VBA) file

60. Summary Chronology by Joe Rogers

**Additional Exhibits**

65. Burch Report

66. New VBA Letter

67. Department of Education records

68. Monetary Loss Chart

69. Mental Health Evaluation

DATED this 24th day of August, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ David Reese Jennings*
DAVID REESE JENNINGS
GREGORY A. GRUBER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:   (253) 428-3817
Fax:             (253) 428-3826
E-mail:  David.R.Jennings@usdoj.gov
E-mail:  Gregory.A.Gruber@usdoj.gov

United States' Sentencing Exhibit List
United States v. Darryl Lee Wright - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Jennifer Shauberger*
JENNIFER SHAUBERGER
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3803
FAX:   253-428-3826
E-mail: Jennifer.Shauberger@usdoj.gov

United States' Sentencing Exhibit List
United States v. Darryl Lee Wright - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800