|     |     |
| --- | --- |
| 1   | The Honorable Benjamin H. Settle |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR14-5539BHS |
| --- | --- |
| Plaintiff, | |
| v. | MOTION FOR COMPETENCY AND SANITY EXAMINATION |
| DARRYL LEE WRIGHT, | |
| Defendant. | |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and David Reese Jennings, Assistant United States Attorney for said District, and files this motion to determine the competency and sanity of defendant DARRYL LEE WRIGHT, pursuant to Title 18, United States Code, Sections 4241(a) and 4242(a). The United States further moves this Court, pursuant to Title 18, Sections 4241(b), (c) and 4247, to order defendant undergo a psychiatric and/or psychological examination before he is sentenced. The United States, in support of its motion, states as follows:

1.  DARRYL LEE WRIGHT pleaded guilty to two counts of a broad scheme to defraud multiple government agencies. Sentencing was scheduled for August 25, 2016. In support of his arguments at sentencing, defendant submitted to a psychological

Motion for Competency/Sanity Examination
United States v. Darryl Wright, CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

evaluation and submitted the psychologist's report to mitigate whatever sentence this Court might issue. *See* Report of Sheppard Salusky, Exhibit 5 of Defendant DARRYL WRIGHT's Sentencing Memorandum. Unlike similar reports commonly offered at sentencing, Dr. Salusky's report takes the psychologist's opinions and conclusions to where they conflict with the medical/legal standards for competency to stand trial, competency to assist counsel, and even for sanity. Dr. Salusky states, in effect, that defendant DARRYL WRIGHT's condition excuses him from responsibility for his lies, and from understanding the consequences of lying. The statements that cause the most concern may be found in the last paragraph of page 10 of defendant's Exhibit 5.

2. The test for competency is whether the defendant "has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding—and whether he has a rational, as well as factual, understanding of the proceedings against him." *Dusky v. United States*, 362 U.S. 402, 402 (1960). Despite what may appear to be reasonable precautions by the Court, counsel, and the prosecution, it can be plain error to fail to order a competency hearing before sentencing. *United States v. Dreyer*, 705 F.3d 951 (9th Cir. 2013).

3. To establish that a defendant is not guilty by reason of insanity, the defense must show both that the accused suffered from a serious mental disease or defect at the time of the crime, and that his mental disease or defect prevented him from appreciating the nature and quality or wrongfulness of his acts. 18 U.S.C. § 17. This showing must be made by clear and convincing evidence. 18 U.S.C. § 17(b).

4. It is difficult to now unsay or disregard the statements by Dr. Salusky, even though they are later mitigated by Salusky's comments in his report. The United States is concerned that the defense has launched a casual insanity defense, without the structure and burdens that typically control such an argument. It is also a concern that a reviewing court might wonder why additional steps were not taken to clarify and qualify Dr.

Motion for Competency/Sanity Examination
United States v. Darryl Wright, CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Salusky's comments.  Accordingly, the United States urges this Court to use its authority
2  to order an independent psychological examination be conducted, directed at both the
3  question of DARRYL WRIGHT's competency, and whether it was possible that he was
4  unable to appreciate the nature and quality of his lies and other fraudulent acts.
5  Specifically, the United States requests that the defendant simultaneously undergo a
6  formal psychiatric/psychological examination by a qualified psychiatrist or psychologist
7  of the United States Bureau of Prisons, consistent with the procedures set forth in 18
8  U.S.C. § 4247.  Pursuant to § 4247(b), the Court "may commit the [defendant] to be
9  examined for a reasonable period, but not to exceed thirty days," for purposes of an
10 examination under § 4241.  Once the examination is complete, a psychiatric or
11 psychological report "shall be prepared by the examiner," and "shall be filed with the
12 Court with copies provided to [the parties]."  *See* 18 U.S.C. § 4247 (c) (setting forth the
13 reporting requirements for a psychiatric/psychological evaluation under § 4241).

          5.      Undersigned has conferred with defense counsel Chris Black, who objects
to this motion.

//

//

//

Motion for Competency/Sanity Examination
United States v. Darryl Wright, CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  WHEREFORE, the United States requests that this Court enter an Order for a mental competency evaluation of DARRYL WRIGHT to be conducted by the Bureau of Prisons, and that the Court recommend the evaluation occur at the Federal Detention Center in SeaTac, Washington.

DATED this 30th day of August, 2016.

          Respectfully submitted,

          ANNETTE L. HAYES
          United States Attorney

          *s/David Reese Jennings*
          DAVID REESE JENNINGS
          Assistant United States Attorney
          1201 Pacific Avenue, Suite 700
          Tacoma, Washington 98402
          Telephone: (253) 428-3800
          Fax: (253) 428-3826
          E-mail: David.R.Jennings@usdoj.gov

Motion for Competency/Sanity Examination
United States v. Darryl Wright, CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on August 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Jennifer Shauberger*
JENNIFER SHAUBERGER
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3803
FAX:   253-428-3826
E-mail: Jennifer.Shauberger@usdoj.gov

Motion for Competency/Sanity Examination
United States v. Darryl Wright, CR14-5539BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800