UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL LEE WRIGHT,<br><br>Defendant. | NO. CR14-5539BHS<br><br>ORDER FOR PSYCHOLOGICAL EXAMINATION |

The Court hereby orders Darryl Lee Wright to undergo a psychological evaluation pursuant to Title 18, United States Code, Section 3552.

The evaluator shall be Dr. Kenneth Muscatel, Ph.D. The evaluation is for the purpose of gaining information for Mr. Wright's pending sentencing. Dr. Muscatel shall be given all previous psychological records and, in addition to providing a complete psychological assessment, should attempt to answer these questions: (1) Is it more likely than not that Mr. Wright would have been suffering from a mental disease, disorder or defect and therefore been eligible for benefits when he began receiving disability benefits from the VA and Social Security Administration and (2) if so, what to a reasonable medical certainty was that disease, disorder or defect, and (3) would it more likely than not have rendered him 100% disabled or partially disabled, and (4) was his war experience more likely than not the substantially contributing factor to such disability?

Order for Psychological Examination
United States v. Darryl Wright, CR14-5539BHS - 1

The Court directs the Administrative Office (AO) of the U.S. Courts to pay all costs associated with this evaluation.

DONE AND ORDERED at Tacoma, Washington, this 24th day of October 2016.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/David Reese Jennings*
DAVID REESE JENNINGS
Assistant United States Attorney

Order for Psychological Examination
United States v. Darryl Wright, CR14-5539BHS - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800