The Honorable Judge Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DARRYL LEE WRIGHT,<br><br>Defendant. | NO. CR14-5539BHS<br><br>**THIRD AMENDED**<br>UNITED STATES' WITNESS LIST<br>FOR SENTENCING HEARING |

The following is a list of witnesses the United States may call at the Sentencing Hearings of the above-captioned case:

1. Cristina Jackson, Department of Commerce

2. Joseph Rogers, SSA/OIG

3. Robert Sproull, VA/OIG

//

//

//

United States' Witness List
United States v. Darryl L. Wright/CR14-5539BHS - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

4. Major T. Scott Burch, Clinical Health Psychologist

5. Pat Engel, SAGE

6. Kathy Simko, SAGE

7. Richard Manwaring, Former Department of Commerce

8. Scott McLeod, Department of Commerce/OIG

9. Tara Stablein, VA

10. Clinton David

DATED this 17th day of March, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

 *s/ David Reese Jennings*
DAVID REESE JENNINGS
GREGORY A. GRUBER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (253) 428-3803
Fax:             (253) 428-3826
E-mail: David.Reese.Jennings@usdoj.gov
E-mail: Gregory.A.Gruber@usdoj.gov

United States' Witness List
United States v. Darryl L. Wright/CR14-5539BHS - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on April 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Jennifer Shauberger*
JENNIFER SHAUBERGER
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3803
FAX:   253-428-3826
E-mail: Jennifer.Shauberger@usdoj.gov

United States' Witness List
United States v. Darryl L. Wright/CR14-5539BHS - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800