UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>  v.<br><br>DARRYL LEE WRIGHT,<br><br>                     Defendant. | No. CR14-5539BHS<br><br>EXHIBIT LIST<br>4/17/2017 SENTENCING HEARING |

Exhibit List - 1

| Exh | Exhibit Description | Admitted |
|---|---|---|
| 1 | Findings of Fact and Conclusions of Law | 4/17/17 |
| 2 | Declaration of Eva Ukkola | 4/17/17 |
| 3 | Declaration of Thomas Guevara | 4/17/17 |
| 5 | Social Security Disability Docs for Darryl Wright | 4/17/17 |
| 6 | VA Caregiver Docs for Karen Wright & Darryl Wright | 4/17/17 |
| 6.1 | Additional Caregiver Documents | 4/17/17 |
| 7 | OPM/Department of Commerce Documents for Darryl Wright | 4/17/17 |
| 8 | Employment Security Dept (ESD) records for unemployment benefits | 4/17/17 |
| 12 | DSHS records for Darryl Wright | 4/17/17 |
| 14 | Veterans Administration Benefits (VBA) file | 4/17/17 |
| 14.1 | Additional Veterans Administration Benefits (VBA) file | 4/17/17 |
| 60 | Summary Chronology by Joe Rogers | 4/17/17 |
| 65 | Burch Report | 8/25/16 |
| 66 | New VBA Letter | 4/17/17 |
| 69 | Mental Health Evaluation | 8/25/16 |
| 71 | Disability Claims | 4/17/17 |
| 72 | Revocation of Purple Heart Medal and Combat Action Badge | 4/17/17 |
| 73 | Elaine Spaulding to Darla McDaniel re Christmas Visit | 4/17/17 |
| 74 | October 2016 VBA findings | 4/17/17 |
| 75 | Transcript of VA Hearing | 4/17/17 |
| 76 | Written Claim of VA Appeal | 4/17/17 |
| 77 | GSA Debarment Letter | 4/17/17 |
| 78 | Wright Response to GSA regarding debarment letter | 4/17/17 |
| 79 | Excerpt from Wright's VBA file showing fraudulent "Blown-Up Humvee" | 4/17/17 |
| 80 | Letter stating injuries as a result of rocket event | 4/17/17 |

Exhibit List - 2