The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL WRIGHT,<br><br>Defendant. | No. CR14-5539 BHS<br><br>DEFENDANT'S EXHIBIT LIST FOR SENTENCING EVIDENTIARY HEARING |

Defendant, Darryl Wright, by undersigned counsel, submits the following exhibit list for the sentencing evidentiary hearing in this matter.

EXHIBIT LIST

1. Darryl Wright letter to Court (attached to sentencing memorandum)

2. Letters of support (attached to sentencing memorandum)

3. Officer Evaluation Report (attached to sentencing memorandum)

4. VA medical records (attached to sentencing memorandum)

5. Dr. Salusky report (attached to sentencing memorandum)

6. Additional VA medical records

7. April 1, 2016 VA letter and ratings decision

DEFENDANT'S EXHIBIT LIST FOR SENTENCING
EVIDENTIARY HEARING
(*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

8. Letters re revocation of Combat Action Badge and Purple Heart

9. September 6, 2012 OPM letter

10. January 6, 2006 Sage offer letter

11. May 31, 2006 Sage pay stub

12. April 16, 2013 DOC OIG report

DATED this 24th day of April, 2017.

Respectfully submitted,

BLACK LAW, PLLC

s/ Christopher Black
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.658.2401
Email: chris@blacklawseattle.com

DEFENDANT'S EXHIBIT LIST FOR SENTENCING
EVIDENTIARY HEARING
(*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 24th day of April, 2017.

Respectfully submitted,

BLACK LAW, PLLC

*s/ Christopher Black*
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:     206.623.1604
Fax:         206.658.2401
Email:      chris@blacklawseattle.com

DEFENDANT'S EXHIBIT LIST FOR SENTENCING
EVIDENTIARY HEARING
(*Darryl Wright*; No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401