The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-5539 BHS |
| Plaintiff, | |
| v. | DEFENDANT'S FIRST AMENDED EXHIBIT LIST FOR SENTENCING EVIDENTIARY HEARING |
| DARRYL WRIGHT, | |
| Defendant. | |

Defendant, Darryl Wright, by undersigned counsel, submits the following exhibit list for the sentencing evidentiary hearing in this matter.

<u>EXHIBIT LIST</u>

1. Darryl Wright letter to Court (attached to sentencing memorandum)

2. Letters of support (attached to sentencing memorandum)

3. Officer Evaluation Report (attached to sentencing memorandum)

4. VA medical records (attached to sentencing memorandum)

5. Dr. Salusky report (attached to sentencing memorandum)

6. Additional VA medical records

7. April 1, 2016 VA letter and ratings decision

DEFENDANT'S FIRST AMENDED EXHIBIT LIST
FOR SENTENCING EVIDENTIARY HEARING
(*Darryl Wright*; No. CR14-5539 BHS) - 1

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

8. Letters re revocation of Combat Action Badge and Purple Heart

9. September 6, 2012 OPM letter

10. January 6, 2006 Sage offer letter

11. May 31, 2006 Sage pay stub

12. April 16, 2013 DOC OIG report

13. 2010 SSA application

14. SSA Psychiatric Review

15. SSA Functional Capacity Report

16. 2010 SSA Award Letter

17. CDR Worksheet

18. Case Analysis report

19. Wage report

20. 2014 Work activity report

21. 2014 SSA determination

22. Nicole Franklin resume

23. Michael Phillips CV

DEFENDANT'S FIRST AMENDED EXHIBIT LIST
FOR SENTENCING EVIDENTIARY HEARING
(*Darryl Wright*; No. CR14-5539 BHS) - 2

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

DATED this 3rd day of May, 2017.

Respectfully submitted,

BLACK LAW, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Darryl Wright
Black Law, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:	206.623.1604
Fax:	206.658.2401
Email:	chris@blacklawseattle.com

DEFENDANT'S FIRST AMENDED EXHIBIT LIST
FOR SENTENCING EVIDENTIARY HEARING
(*Darryl Wright*; No. CR14-5539 BHS) - 3

BLACK LAW, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-noted date, via the CM/ECF system, upon the parties required to be served in this action.

DATED this 3rd day of May, 2017.

                Respectfully submitted,

                BLACK LAW, PLLC

                *s/ Christopher Black*
                Christopher Black
                Attorney for Darryl Wright
                Black Law, PLLC
                1111 Hoge Building
                705 Second Avenue
                Seattle, WA  98104
                Phone:    206.623.1604
                Fax:    206.658.2401
                Email:    chris@blacklawseattle.com